UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| CAROLYN COOK,<br><br>        Plaintiff,<br><br>    v.<br><br>JOYCE MEYER MINISTRIES,<br><br>        Defendant. | Case No. 21-cv-00160-LB<br><br>**ORDER DISMISSING CASE** |

On February 22, 2021, the court dismissed the plaintiff's complaint under Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim and gave leave to amend the complaint by March 15, 2021. (Orders – ECF Nos. 20, 21.) The plaintiff did not file an amended complaint. (*See generally* Docket.) The court thus dismisses the case with prejudice.

**IT IS SO ORDERED.**

Dated: March 26, 2021

_____
LAUREL BEELER
United States Magistrate Judge